```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ERIC PIFKO,

                    Plaintiff,
                                              MEMORANDUM AND ORDER
          -against-                           09-CV-3057 (JS)(WDW)

CCB CREDIT SERVICES, INC.,

                    Defendant.
------------------------------------------X
ERIC D. PIFKO,

                    Plaintiff,               09-CV-3059 (JS)(WDW)

          - against -

FIRST NATIONAL COLLECTION BUREAU, INC.,

                    Defendant.
------------------------------------------X
NATHAN SPIRA,

                    Plaintiff,               09-CV-3422 (JS)(WDW)

          - against -

MERCANTILE ADJUSTMENT BUREAU, LLC,

                    Defendant.
------------------------------------------X
ERIC D. PIFKO,

                    Plaintiff,               09-CV-4174 (JS)(WDW)

          - against -

STEPHEN EINSTEIN & ASSOCIATES, P.C.,

                    Defendant.
------------------------------------------X
```

```
-------------------------------------X
ERIC D. PIFKO,

                Plaintiff,              09-CV-4216 (JS)(WDW)

        - against -

MERCANTILE ADJUSTMENT BUREAU, LLC,

                Defendant.
-------------------------------------X
```

APPEARANCES:
For Plaintiffs:    Adam Jon Fishbein, Esq.
                   483 Chestnut Street
                   Cederhurst, NY 11516

For Defendants:
CCB Credit            Barry Jacobs, Esq.
Services, Inc.;       Abrams, Gorelick, Friedman & Jacobson, P.C.
Mercantile            One Battery Park Plaza, 4th Floor
Adjustment Bureau,    New York, NY 10004
LLC

First National        Christina Heather Bost Seaton, Esq.
Collection Bureau,    Troutman Sanders, LLP
Inc.                  405 Lexington Avenue
                      New York, NY 10174

Stephen Einstein      No appearance
& Associates, P.C.

SEYBERT, District Judge:

Pending before the Court are five cases stemming from the Defendants' allegedly wrongful conduct under the Fair Debt Collection Act. Rather than filing one case with two plaintiffs as purported class representatives and multiple defendants, for reasons that remain elusive, Plaintiffs' counsel chose to file five separate cases.

Upon reviewing the circumstances of the above-captioned cases, the Court finds that consolidation of the cases is

appropriate pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  All of the cases involve common questions of fact and law.  In fact, in four of these cases, Defendants sought to collect the exact same debt.  Pursuant to the Local Rules of this District, the cases shall be consolidated under the earliest filed case, <u>Pifko v. CCB Credit Servs., Inc.</u>, 09-CV-3057.  The Clerk of the Court is directed to close the remaining four actions, and all papers are to be filed under 09-CV-3057.

                                              SO ORDERED.

                                        /s/ JOANNA SEYBERT
                                        Joanna Seybert, U.S.D.J.

Dated:    November  30 , 2009
           Central Islip, New York