```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------x
ERIC PIFKO,

                Plaintiff,              MEMORANDUM & ORDER
                                        09-CV-3057(JS)(WDW)
        -against-

CCB CREDIT SERVICES, INC.,

                Defendant.
--------------------------------x
ERIC PIFKO,

                Plaintiff,

        -against-

MERCANTILE ADJUSTMENT BUREAU, LLC.,

                Defendant.
--------------------------------x
NATHAN SPIRA,

                Plaintiff,

        -against-

MERCANTILE ADJUSTMENT BUREAU, LLC.,

                Defendant.
--------------------------------x
APPEARANCES:
For Plaintiffs:     Adam J. Fishbein, Esq.
                    483 Chestnut Street
                    Cedarhurst, New York 11516

For Defendants:     Barry Jacobs, Esq.
                    Shari D. Sckolnick, Esq.
                    Abrams, Gorelick, Friedman & Jacobson, P.C.
                    One Battery Park Plaza, Fourth Floor
                    New York, New York 10004
```

SEYBERT, District Judge:

On July 7, 2010, the Court dismissed with prejudice all the claims in this case except that it granted Plaintiff Eric Pifko leave to amend his Complaint and proceed against Mercantile Adjustment Bureau, LLC, ("MAB") under the theory that the alleged telephone message left by MAB's employee violated Sections 1692e(10) and 1692e(11) of the Fair Debt Collection Practice Act. Since then, there has been no communication from Plaintiff.

It is hereby ORDERED that, if he wishes to proceed with this case, Plaintiff shall file an amended complaint within twenty (20) days of the date of this Order.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: January  4 , 2011
       Central Islip, New York